

# ᚠourth Court of Appeals
## San Antonio, Texas

August 30, 2022

No. 04-21-00533-CV

**IN THE ESTATE** of Magdalene B. **MZYK**, Deceased

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 21-01-00010-CVK
Honorable Joel B. Johnson, Judge Presiding

# O R D E R

Appellant's brief was originally due July 28, 2022. Appellant's first motion for extension of time was granted, extending the deadline for filing the brief to August 11, 2022. On August 17, 2022, appellant filed a motion requesting an additional extension of time to file the brief until August 26, 2022, for a total extension of 28 days, and we granted appellant's motion.

On August 29, 2022, appellant filed a third motion for extension of time requesting an additional three days to file the brief, for a total extension of 31 days. Appellant also filed his brief alongside the motion for extension of time. After consideration, we **GRANT** appellant's motion for extension of time and deem his brief timely filed as of August 29, 2022.

Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of August, 2022.

MICHAEL A. CRUZ, Clerk of Court